**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL 27 ANNUITY, HEALTH & WELFARE, EDUCATION, and UNEMPLOYMENT FUNDS for and on behalf of themselves and said FUNDS; THE BOARD OF TRUSTEES; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 27<br><br>          Plaintiffs,<br><br>     v.<br><br>KIMS MECHANICAL, LLC,<br><br>          Defendant. | No. 1:20-cv-14738-NLH-KMW<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  14th  day of  February , 2022

ORDERED that Plaintiffs' motion for default judgment (ECF 8) be, and the same hereby is, granted; and it is further

ORDERED that Judgment shall be entered in favor of Plaintiffs in the amount of $4,410 in unpaid benefit fund contributions, $139.65 in interest, $558.60 in liquidated damages, $2,052.00 in attorney's fees, and $362.50 in costs.

At Camden, New Jersey

/s Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.